JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416

Attorney for: PLAINTIFF

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV A 12-7781 |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| Alexandra Gutierrez, aka Alexandra N. Gutierrez, | |
| Defendant | |

   Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Alexandra Gutierrez, aka Alexandra N. Gutierrez, in the principal amount of $2,674.80 plus interest accrued to September 6, 2012, in the sum of $3,208.45; with interest accruing thereafter at 8.25% annually until entry of judgment, administration costs in the amount of $0.00, for a total amount of $**5,883.25**.

DATED: January 7, 2013         By: Terry Nafisi
                                   Clerk of the Court

                                   /s/ Jenny Lam
                                   Deputy Clerk
                                   United States District Court